JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/4/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST HOME BANK, a Florida banking corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>GINDROZ & COMPANY INC., a California corporation, and DOES 1 through 50<br><br>                Defendants. | Case No. EDCV 18-649-MWF (MRWx)<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANT GINDROZ & COMPANY INC.** |

    The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Plaintiff First Home Bank's Application for Default Judgment against Defendant Gindroz & Company.

    Defendant was regularly served with process and then failed to plead or otherwise defend this action. Its default was entered by the Clerk of Court on April 30, 2018.

1

Good cause having been shown and pursuant to Rules 54(a), 55(b), and 58 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows: Defendant shall pay Plaintiff in the sum of **$361,642.49**, which is inclusive of the outstanding principal due under the relevant promissory note ($344,512.47), unpaid interest accrued thereon as of May 4, 2018 ($5,887.39), a late charge under the note ($622.19), and attorneys' fees ($10,620.44).

Dated: June 4, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge